**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
--------------------------------------------------------------  x
                                                     :
In re:                                               :  Chapter 11
                                                     :
IMRIS, Inc., et al.,¹                                :  Case No. 15-11133 (CSS)
                                                     :
                                                     :  (Joint Administration Pending)
                      Debtors.                       :
                                                     :
--------------------------------------------------------------  x
```

**AFFIDAVIT OF SERVICE**

     I, Andres Estrada, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the proposed claims and noticing agent for the Debtors in the above-captioned case.

     On May 26, 2015, at my direction and under my supervision, employees of KCC caused to be served the following document via Fax upon the service lists attached hereto as **Exhibit A**, **Exhibit B**, and **Exhibit C**; and via Overnight mail upon the service lists attached hereto as **Exhibit D**, **Exhibit E**, **Exhibit F** and **Exhibit G**:

- **Notice of Filing of Bankruptcy Petitions and Related Pleadings; Notice and Amended Agenda of Hearing on First Day Motions Scheduled for May 27, 2015 at 12:30 p.m. [Docket No. 20]**

     Furthermore, on May 26, 2015, at my direction and under my supervision, employees of KCC caused to be served the following documents via Email upon the service lists attached hereto as **Exhibit H**, **Exhibit I**, and **Exhibit J**:

- **Motion of the Debtors and Debtors in Possession for an Order Directing the Joint Administration of their Chapter 11 Cases [Docket No. 3]**

- **Declaration of Jay D. Miller in Support of First Day Pleadings [Docket No. 4]**

- **Debtors' Application for Entry of an Order Appointing Kurtzman Carson Consultants LLC as Claims and Noticing Agent Nunc Pro Tunc to the Petition Date [Docket No. 5]**

---

¹    The Debtors are the following three entities: IMRIS Inc. (Canadian corporation number 434265-8), IMRIS, Inc. (taxpayer identification number 98-0462325) and NeuroArm Surgical Ltd. (Canadian corporation number 751695-9). The mailing address of each of the Debtors, solely for purposes of notices and communications, is 5101 Shady Oak Rd., Minnetonka, MN 55343.

- **Motion of Debtors and Debtors in Possession for Entry of an Order Extending the Deadline to File Schedules of Assets and Liabilities and Statements of Financial Affairs [Docket No. 6]**

- **Motion of Debtors and Debtors in Possession for Entry of an Order (I) Authorizing them to Pay Certain Employee Obligations and Maintain and Continue Employee Benefits and Programs, and (II) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Obligations [Docket No. 7]**

- **Motion of the Debtors and Debtors in Possession for Entry of Interim and Final Orders (A) Approving the Continued Use of the Debtors' Cash Management System, (B) Approving Continued Transfers Between Debtors and Non-Debtor Subsidiaries, (C) Scheduling a Final Hearing on the Motion and (D) Granting Related Relief [Docket No. 8]**

- **Debtors' Motion for Entry of an Order Authorizing the Debtors to (A) Pay Pre-Petition Claims of Shippers and Warehousemen and (B) Satisfy Customs Duties Imposed on Shipments from Foreign Suppliers [Docket No. 9]**

- **Debtors' Motion Pursuant to 11 U.S.C. §§ 105(A), 363, 365, 503(B)(1), 1107(A) and 1108 for Authorization to Honor Certain Prepetition Customer Programs [Docket No. 10]**

- **Motion of the Debtors for Entry of an Order (A) Authorizing the Debtors to Pay Certain Prepetition Taxes and (B) Authorizing Banks to Honor Related Checks and Electronic Transfers [Docket No. 11]**

- **Debtors' Motion for an Order (I) Confirming the Enforcement and Applicability of Section 362 of the Bankruptcy Code and (II) Confirming the Debtors' Authority with Respect to Post-Petition Operations [Docket No. 12]**

- **Motion of the Debtors for Entry of an Order Authorizing IMRIS, Inc. to Act as Foreign Representative on Behalf of the Debtors' Estates [Docket No. 13]**

- **Motion of the Debtors and Debtors in Possession for Entry an Order (A) Authorizing them to Continue the Debtors' Insurance Policies and Pay Obligations in Respect Thereof, and (B) Authorizing the Debtors' Financial Institutions to Honor and Process Checks and Transfers Related to Such Insurance Obligations [Docket No. 14]**

- **Motion of the Debtors and Debtors in Possession Pursuant to Sections 105(A), 363 and 365 of the Bankruptcy Code for an Order (I)(A) Approving Procedures in Connection with the Sale of Substantially all of the Debtors' Assets; (B) Scheduling the Related Auction and Hearing to Consider Approval of Sale; (C) Approving Procedures Related to the Assumption of Certain Executory Contracts and Unexpired Leases; (D) Approving the form and Manner of Notice Thereof; (E)**

Approving Expense Reimbursement; and (F) Granting Related Relief; and (II)(A) Authorizing the Sale Of Substantially all of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (C) Granting Related Relief [Docket No. 15]

- **Debtors' Motion for Order Approving the Debtors' Non-Insider Key Employee Retention Plan [Docket No. 16]**

- **Motion of the Debtors and Debtors In Possession for Entry of Interim and Final Orders Pursuant To 11 U.S.C. §§ 105, 361, 362, 363(C), 363(M), 364(C)(1), 364(C)(2), 364(C)(3), 364(D)(1), 364(E) and 507 and Bankruptcy Rules 2002, 4001 And 9014 (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral and (III) Granting Adequate Protection to Prepetition Secured Lenders [Docket No. 19]**

- **Notice of Filing of Bankruptcy Petitions and Related Pleadings; Notice and Amended Agenda of Hearing on First Day Motions Scheduled for May 27, 2015 at 12:30 p.m. [Docket No. 20]**

Furthermore, on May 26, 2015, at my direction and under my supervision, employees of KCC caused to be served the following document via Fax upon the service list attached hereto as **Exhibit A**; via Email upon the service list attached hereto as **Exhibit H**; and via Overnight mail upon the service list attached hereto as **Exhibit K**:

- **Notice of Filing of Schedule 1 to Exhibit B to the Motion of the Debtors and Debtors in Possession for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(C), 363(M), 364(C)(1), 364(C)(2), 364(C)(3), 364(D)(1), 364(E) and 507 and Bankruptcy Rules 2002, 4001 and 9014 (I) Authorizing the Debtors to Obtain Post Petition Financing, (II) Authorizing the Debtors to Use Cash Collateral and (III) Granting Adequate Protection to Prepetition Secured Lenders [Docket No. 25]**

Dated: May 26, 2015

_____
Andres Estrada

A notary public or other officer completing this affidavit verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 26th day of May, 2015, by Andres Estrada, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

LYDIA PASTOR NINO
Commission # 1960751
Notary Public - California
Los Angeles County
My Comm. Expires Nov 18, 2015

# EXHIBIT A

**Exhibit A**
**Core/2002 and Top 20 Service List**

| DESCRIPTION | NAME | NOTICE NAME | FAX |
|---|---|---|---|
| Top 20 - Canada | ADE & COMP | Attn Officer or Director | 204-942-5723 |
| Top 20 - US | American Express | Attn Officer or Director | 212-640-0404 |
| Top 20 - Canada | Canada Revenue Agency | Attn Officer or Director | 613-238-7125 |
| Top 20 - US | City of Minnetonka | Attn Officer or Director | 952-939-8248 |
| Top 20 - Canada | CNW GROUP | Attn Officer or Director | 416-863-4825 |
| Top 20 - US | Composiflex, Inc. | Attn Officer or Director | 814-866-0563 |
| Top 20 - US | CSM Investors, Inc | Attn Officer or Director | 612-395-2742 |
| Top 20 - Canada | Dean, Mead, Egerton, Bloodwo | Attn Officer or Director | 407-423-1831 |
| DIP Agent and Lender | Deerfield Management | Attn David J. Clark | 212-599-3075 |
| US DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | 302-577-5866 |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | 302-739-5831 |
| DE State Treasury | Delaware State Treasury | | 302-739-5635 |
| Top 20 - Canada | Deloitte & Touche LLP | Attn Officer or Director | 204-947-9390 |
| Top 20 - Canada | Deloitte LLP | Attn Officer or Director | 204-947-9390 |
| Top 20 - Canada | DORSEY | Attn Officer or Director | 612-340-2868 |
| Top 20 - Canada | Duff & Phelps, LLC. | Attn Officer or Director | 312-697-0112 |
| Top 20 - US | Elk River Machine Company | Attn Officer or Director | 763-441-1596 |
| Top 20 - Canada | GENDIS INC | Attn Officer or Director | 204-474-5201 |
| Top 20 - US | General Metal Fabrication | Attn Officer or Director | 204-325-5175 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 855-235-6787 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 855-235-6787 |
| Top 20 - Canada/US | Karl Storz Endoscopy-America | Attn Officer or Director | 424-218-8535 |
| Top 20 - Canada | Katten Muchin Rosenman LLP | Attn Officer or Director | 212-940-8776 |
| Top 20 - Canada | Khalid Scientific Co. W.L.L. | Attn Officer or Director | 974-4443-9901 |
| Top 20 - Canada | KPMG LLP | Attn Officer or Director | 312-873-4364 |
| Top 20 - Canada | Labarge Weinstein | Attn Officer or Director | 613-599-0018 |
| Top 20 - US | Limit Engineering | Attn Officer or Director | 928-453-0789 |
| Top 20 - Canada/US | Lindgren R.F.Enclosures, Inc | Attn Officer or Director | 630-307-7571 |
| Top 20 - US | Logan Management Consulting | Attn Officer or Director | 312-345-8801 |
| Top 20 - Canada | Marsh Canada Limited (USD) | Attn Officer or Director | 204-947-2662 |
| Top 20 - US | Matrix Industries Inc. | Attn Officer or Director | 204-663-9217 |
| Top 20 - US | Medica | Attn Officer or Director | 218-279-6493 |
| Top 20 - Canada | Nelco | Attn Officer or Director | 781-932-8647 |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Linda Casey | 302-573-6497 302-573-6492 |
| DE AG Office | Office of the US Attorney General | Joseph R. Biden III | 302-577-6499 |
| Top 20 - US | Prime Staff | Attn Officer or Director | 651-697-1022 |
| Top 20 - US | Rawlinson Moving | Attn Officer or Director | 905-364-1401 |
| Top 20 - US | Remetronix | Attn Officer or Director | 772-460-8355 |
| 2002 | Richards Layton & Finger PA | Mark D Collins & Robert C Maddox | 302-651-7701 |
| Top 20 - Canada | Schwegman, Lundberg, & Woess | Attn Officer or Director | 612-339-3061 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 202-772-9317 202-772-9318 |
| Top 20 - Canada | Siemens Canada Ltd. | Attn Officer or Director | 905-465-8180 |

**Exhibit A**
**Core/2002 and Top 20 Service List**

| DESCRIPTION | NAME | NOTICE NAME | FAX |
|---|---|---|---|
| Top 20 - US | Siemens Ltd | Attn Officer or Director | 905-465-8180 |
| Top 20 - US | Siemens Medical Solutions US | Attn Officer or Director | 919-319-2680 |
| Top 20 - US | Styl & Tech | Attn Officer or Director | 418-651-4848 |
| Top 20 - Canada/US | Trumpf Medical Systems Inc | Attn Officer or Director | 843-534-0206 |
| Top 20 - Canada | TSX | Attn Officer or Director | 416-947-4727 |
| US Attorneys Office | US Attorney for Delaware | Charles Oberly c/o Ellen Slights | 302-573-6431 |
| Top 20 - US | Washington University in St. Louis | Attn Officer or Director | 314-935-4309 |
| Counsel to DIP Agent and Lenders | Willkie Farr & Gallagher LLP | Attn: Leonard Klingbaum | 212-728-9290 |
| 2002 | Willkie Farr & Gallagher LLP | John C Longmire & Daniel M Philion | 212-728-8111 |

# **EXHIBIT B**

**Exhibit B**
**Bank Service List**

| NAME | NOTICE NAME | FAX |
|---|---|---|
| Deutsche Bank AG | | 011496991034225 |
| Export Development Canada | Ralf Miner | 204-975-5094 |
| ING Bank | Bxl Gare Centrale | 02/2897208; 01132022897208 |
| JP Morgan Chase Bank, NA | Nicolas Schweim | 612-333-9194 |
| JPMorgan Chase Bank, N.A. | | 416-981-9175 |

In re IMRIS, Inc.,
Case No. 15-11133 (CSS)                                    1 of 1

# **EXHIBIT C**

**Exhibit C**
**Taxing Authorities Service List**

| NAME | NOTICE NAME | FAX |
|------|-------------|-----|
| CA Franchise Tax Board | Attn Bankruptcy Dept | 916-327-0615 |
| CA Franchise Tax Board | | 916-845-9799 |
| Comptroller of Maryland | Revenue Administration Center | 410-974-3053 |
| Connecticut Department of Revenue Services | C&E Division, Bankruptcy Section | 860-297-5916 |
| Florida Dept of Revenue | Attn Bankruptcy Dept | 850-921-3039 |
| Indiana Dept of Revenue | | 317-233-2343 |
| Massachusetts Department of Revenue | Attn Bankruptcy Unit/Litigation Bureaur | 617-626-3796 |
| Massachusetts Department of Revenue | Bankruptcy Unit | 617-626-3796 |
| Michigan Dept of Treasury | Revenue & Collections Division | 517-335-0158 |
| Minnesota Dept of Revenue | Attn Bankruptcy Dept | 651-282-2817 |
| Missouri Dept of Revenue | Attn Bankruptcy Unit | 573-751-7232 |
| NEW HAMPSHIRE DEPARTMENT OF REVENUE ADMINISTRATION | ATTN LEGAL BUREAU | 603-271-1756 |
| North Carolina Dept of Revenue | Attn Bankruptcy Dept | 919-733-6436 |
| Ohio Dept of Taxation | Attn Bankruptcy Division Rebecca Daum | 614-995-0164 |
| Ohio Dept of Taxation | | 614-995-0164 |
| Oklahoma Tax Commission | | 405-602-0165 |
| Oregon Dept of Revenue | Attn Bankruptcy Unit | 503-945-8735 |
| PENNSYLVANIA DEPARTMENT OF REVENUE | BANKRUPTCY DIVISION | 717-783-4331 |
| Pennsylvania Dept of Revenue | Attn Compliance & Bankruptcy | 717-783-4331 |
| State of California | | 916-227-1883 |
| STATE OF FLORIDA - DEPARTMENT OF REVENUE | BANKRUPTCY SECTION | 850-245-5988 |
| Tennessee Dept of Revenue | c/o Attorney General | 615-741-3334 |
| Texas Comptroller of Public Accounts | Attn Bankruptcy Section | 888-908-9994 |
| Utah Dept of Taxation | Attn Bankruptcy Section | 801-297-6358 |
| Virginia Department of Taxation | | 804-440-1171 |
| Wisconsin Dept of Revenue | | 608-267-0834 |

# **EXHIBIT D**

**Exhibit D**
**Core/2002 and Top 20 Service List**

| DESCRIPTION | COMPANY | CONTACT | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Top 20 - US | Logan Management Consulting | Attn Officer or Director | Two North Riverside Plaza | Suite 1440 | Chicago | IL | 60606 | |
| DE AG Office | Office of the US Attorney General | Joseph R Biden III | Carvel State Office Building | 820 N French St | Wilmington | DE | 19801 | |
| US Trustee for District of DE | Office of the US Trustee Delaware | Linda Casey | 844 King St Ste 2207 | Lockbox 35 | Wilmington | DE | 19899-0035 | |
| SEC Regional Office | Securities & Exchange Commission | Sharon Binger Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | Philadelphia | PA | 19103 | |
| Top 20 - Canada | Siemens Canada Ltd | Attn Officer or Director | 1577 North Service Road East 2nd Fl | | Oakville | ON | L6H 0H6 | Canada |
| Top 20 - US | Siemens Medical Solutions US | Attn Officer or Director | 110 MacAlyson Ct | CS ML | Cary | NC | 27511 | |

# EXHIBIT E

**Exhibit E**
**Bank Service List**

| Company | Contact | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Australia Bank (WestPac) | Chris Fisher | GF, 341 George Street Branch | | Sydney | NSW | 2000 BSB 032000 | Australia |
| Bank of China | Beijing New Century Hotel Sub-Branch | No.6, Shoutina Road, Haidian District | | Beijing | | | China |
| ING Bank | Bxl Gare Centrale | Rue Ravenstein 68 | | Bruxelles | | 1000 | Belgium |
| JPMorgan Chase Bank, N.A. | | Royal Bank Plaza, South Tower | 200 Bay Street, Suite 1800 | Toronto | ON | M5J 2J2 | Canada |
| JPMorgan Chase Bank, Toronto | Steven Voigt, Relationship Executive | 200 Bay Street, Floor 18 | | Toronto | ON | MSJ 2J2 | Canada |
| RBC Bank (US) | Lawrence Dennis | 2nd Floor, 220 Portage Avenue | | Winnipeg | Manitoba | R3C 0A5 | Canada |
| Royal Bank of Canada | Lawrence Dennis | 2nd Floor, 220 Portage Avenue | | Winnipeg | Manitoba | R3C 0A5 | Canada |

# <u>EXHIBIT F</u>

**Exhibit F**
**Insurance Service List**

| Company | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Green Shield Canada | Special Benefits Insurance Services | 366 Bay St. 7th Floor | Toronto | | M5H 4B2 | Canada |
| Hugh Wood Inc. | 200 South Broad Street | | Philadelphia | PA | 19102 | |
| London Life Insurance | 433 Main Street, 11th Floor | GWL, Group Retirement Servic | Winnipeg | MB | R3B 1B3 | Canada |
| Marsh Canada Limited | Suite 1420 One Lombard Place | | Winnipeg | MB | R3B OX3 | Canada |

# **<u>EXHIBIT G</u>**

**Exhibit G**
**Taxing Authorities Service List**

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Attorney General of the State of Ohio | Collection Enforcement | 150 E Gay Street 21st Floor | | Columbus | OH | 43215 |
| California State Board of Equalization | Sales & Use Tax | PO Box 942879 | | Sacramento | CA | 94279-0001 |
| Comptroller of Maryland | Attn Bankruptcy Dept | 80 Calvert St | | Annapolis | MD | 21401 |
| Georgia Dept of Revenue | Attn Bankruptcy Dept | 1800 Century Blvd NE | | Atlanta | GA | 30345 |
| Illinois Dept of Revenue | Bankruptcy Section | PO Box 64338 | | Chicago | IL | 60664-0338 |
| Illinois Secretary of State | Dept of Business Services | 350 Howlett Building | | Springfield | IL | 62711 |
| Indiana Dept of Revenue | | Bankruptcy Section MS 108 | 100 N Senate Ave N240 | Indianapolis | IN | 46204 |
| Massachusetts Department of Revenue | Bankruptcy Unit | PO Box 9564 | | Boston | MA | 02114 |
| Massachusetts Department of Revenue | AttnBankruptcy Unit Litiga Bureau | 100 Cambridge St 7th Floor | | Boston | MA | 02114 |
| Michigan Dept of Treasury | Attn Bankruptcy Dept | | | Lansing | MI | 48922 |
| Minnesota Dept of Revenue | Attn Bankruptcy Dept | 600 N Robert St | | St Paul | MN | 55101 |
| Missouri Department of Revenue | | PO Box 475 | | Jefferson City | MO | 65105 |
| NEW HAMPSHIRE DEPARTMENT OF REVENUE ADMINISTRATION | ATTN LEGAL BUREAU | 109 PLEASANT ST | PO BOX 457 | CONCORD | NH | 03302-0457 |
| North Carolina Dept of Revenue | Attn Bankruptcy Dept | 501 N Wilmington St | | Raleigh | NC | 27604 |
| Oklahoma Tax Commission | General Counsels Office | 120 N Robinson Suite 2000 W | | Oklahoma City | OK | 73102-7895 |
| PENNSYLVANIA DEPARTMENT OF REVENUE | BANKRUPTCY DIVISION | PO BOX 280946 | | HARRISBURG | PA | 17128-0946 |
| State of Michigan | Department of Treasury | Cadillac Place Suite 10 200 | 3030 W Grand Blvd | Detroit | MI | 48202 |
| Tennessee Dept of Revenue | | Andrew Jackson Building | 500 Deaderick St | Nashville | TN | 37242 |
| Texas Comptroller of Public Accounts | Office of the Attorney General | Bankruptcy   Collections Division | PO Box 12548 | Austin | TX | 78711-2548 |
| Texas Comptroller of Public Accounts | Attn Bankruptcy Section | Lyndon B Johnson State Office Bldg | 111 East 17th St | Austin | TX | 78774 |
| Treasurer of the State of Illinois | Legal Dept | James R Thompson Center | 100 W Randolph St Suite 15 600 | Chicago | IL | 60601 |
| Virginia Department of Taxation | | 1957 Westmoreland St | | Richmond | VA | 23230 |
| Wisconsin Department of Revenue | Special Procedures Unit | PO Box 8901 | | Madison | WI | 53708-8901 |
| Wisconsin Dept of Revenue | | 2135 Rimrock Rd | | Madison | WI | 53713 |

# **<u>EXHIBIT H</u>**

**Exhibit H**
**Core/2002 and Top20 Service List**

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Top 20 - US | City of Minnetonka | Attn Officer or Director | edurbin@eminnetonka.com |
| DIP Agent and Lender | Deerfield Management | Attn David J. Clark | jzenker@deerfield.com; dclark@deerfield.com |
| US DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | attorney.general@state.de.us |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Top 20 - US | Elk River Machine Company | Attn Officer or Director | bkempski@ermc.com |
| Top 20 - US | General Metal Fabrication | Attn Officer or Director | Dave@generalmetal.ca |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | SBSE.Insolvency.Balt@irs.gov |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | SBSE.Insolvency.Balt@irs.gov |
| Top 20 - Canada | Katten Muchin Rosenman LLP | Attn Officer or Director | doris.emanuel@kattenlaw.com |
| Top 20 - Canada | Labarge Weinstein | Attn Officer or Director | info@lwlaw.com |
| Top 20 - US | Logan Management Consulting | Attn Officer or Director | cthompson@loganconsulting.com |
| Top 20 - US | Matrix Industries Inc. | Attn Officer or Director | mii@mts.net |
| Top 20 - Canada | Nelco | Attn Officer or Director | LCampedelli@nelcoworldwide.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Linda Casey | linda.casey@usdoj.gov |
| DE AG Office | Office of the US Attorney General | Joseph R. Biden III | attorney.general@state.de.us |
| 2002 | Richards Layton & Finger PA | Mark D Collins & Robert C Maddox | collins@rlf.com; maddox@rlf.com |
| SEC Regional Office | Securities & Exchange Commission | Sharon Binger, Regional Director | philadelphia@sec.gov; bankruptcynoticeschr@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | secbankruptcy@sec.gov |
| Top 20 - US | Styl & Tech | Attn Officer or Director | mlambert@stylntech.com |
| Top 20 - Canada/US | Trumpf Medical Systems Inc | Attn Officer or Director | sherri.comer@hill-rom.com |
| US Attorneys Office | US Attorney for Delaware | Charles Oberly c/o Ellen Slights | usade.ecfbankruptcy@usdoj.gov |
| Counsel to DIP Agent and Lenders | Willkie Farr & Gallagher LLP | Attn: Leonard Klingbaum | lklingbaum@willkie.com |
| 2002 | Willkie Farr & Gallagher LLP | John C Longmire & Daniel M Philion | jlongmire@willkie.com; jhardy2@willkie.com; dphilion@willkie.com |

# **EXHIBIT I**

**Exhibit I**
**Bank Service List**

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Australia Bank (WestPac) | Chris Fisher | cfisher@westpac.com.au |
| Export Development Canada | Ralf Miner | rminer@edc.ca |
| JP Morgan Chase Bank, NA | Nicolas Schweim | nicolas.l.schweim@chase.com |
| RBC Bank (US) | Lawrence Dennis | lawrence.dennis@rbc.com |
| Royal Bank of Canada | Lawrence Dennis | lawrence.dennis@rbc.com |

# EXHIBIT J

**Exhibit J**
**Taxing Authorities Service List**

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Indiana Dept of Revenue | | tnichols@dor.in.gov |
| Michigan Dept of Treasury | Revenue & Collections Division | flanchers@michigan.gov |
| Missouri Dept of Revenue | Attn Bankruptcy Unit | dormail@dor.mo.gov |
| Ohio Dept of Taxation | Attn Bankruptcy Division Rebecca Daum | rebecca_daum@tax.state.oh.us |
| Oklahoma Tax Commission | General Counsels Office | bankruptcy@tax.ok.gov |
| Oklahoma Tax Commission | | jgappa@tax.ok.gov |
| STATE OF FLORIDA - DEPARTMENT OF REVENUE | BANKRUPTCY SECTION | TSP_BANKRUPTCY@DOR.STATE.FL.US |
| Virginia Department of Taxation | | bankruptcy@taxva.com |

# EXHIBIT K

**Exhibit K**
**Core/2002 and Top 20 Service List**

| DESCRIPTION | COMPANY | CONTACT | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Top 20 - US | Logan Management Consulting | Attn Officer or Director | Two North Riverside Plaza | Suite 1440 | Chicago | IL | 60606 | |
| US Trustee for District of DE | Office of the US Trustee Delaware | Linda Casey | 844 King St Ste 2207 | Lockbox 35 | Wilmington | DE | 19899-0035 | |
| SEC Regional Office | Securities & Exchange Commission | Sharon Binger Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | Philadelphia | PA | 19103 | |
| Top 20 - Canada | Siemens Canada Ltd | Attn Officer or Director | 1577 North Service Road East 2nd Fl | | Oakville | ON | L6H 0H6 | Canada |
| Top 20 - US | Siemens Medical Solutions US | Attn Officer or Director | 110 MacAlyson Ct | CS ML | Cary | NC | 27511 | |