IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                               :
In re                                                          : Chapter 11
                                                               :
IMRIS, Inc., *et al.*,[1]                                      : Case No. 15-11133 (CSS)
                                                               :
         Debtors.                                              : (Jointly Administered)
                                                               :
---------------------------------------------------------------x Re: Docket No. 6

**ORDER GRANTING MOTION OF DEBTORS AND DEBTORS IN POSSESSION FOR
ENTRY OF AN ORDER EXTENDING THE DEADLINE TO FILE SCHEDULES
OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

This matter coming before the Court on the *Motion of Debtors and Debtors in Possession for Entry of an Order Extending the Deadline to File Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Motion")[2] filed by the above-captioned debtors and debtors in possession (the "Debtors"); the Court having reviewed the Motion and scheduled a hearing before the Court (the "Hearing"); and the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated as of February 29, 2012, (ii) venue is proper in this district pursuant to 28 U.S.C. §§1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b) and (iv) notice of the Motion and the Hearing was sufficient under the circumstances; and after due deliberation the Court having determined

---

[1] The Debtors are the following three entities: IMRIS Inc. (taxpayer identification number 98-0473230), IMRIS, Inc. (taxpayer identification number 98-0462325) and NeuroArm Surgical Ltd. (Canadian corporation number 751695-9). The mailing address of each of the Debtors, solely for purposes of notices and communications, is 5101 Shady Oak Rd., Minnetonka, MN 55343.

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

EAST\100989471.2

that the relief requested in the Motion is in the best interests of the Debtors, their estates and their creditors; and good and sufficient cause having been shown;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED. as set forth herein

2. The Debtors shall have forty-nine (49) days from the Petition Date, through and including July 13, 2015, to file their Schedules and Statements with the Court.

3. This Order is without prejudice to the Debtors' right to seek further extensions of time within which the Debtors must file their Schedules and Statements.

4. The Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

Dated: __5/27__, 2015
Wilmington, Delaware

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge