**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| IMRIS, Inc., *et al.* | : | Case No. 15-11133 (CSS) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

---------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Trumpf Medical Systems, Inc.**, c/o Deitzah W. Raby, Hill-Rom, 180 N. Stetson Ave., Ste. 1400, Chicago, IL 60601, Phone: 312-819-7235

2. **Siemens Medical Solutions, USA, Inc.**, Attn: Gregory J. Hauck, 51 Valley Stream Pkwy., Mail Code T06, Malvern, PA 19355, Phone: 610-219-8598, Fax: 610-219-8333

3. **ETS- Lindgren Inc.**, Attn: Marjorie M. Weisman, 1301 Arrow Point Dr., Cedar Park, TX 78613, Phone: 314-213-7214, Fax: 314-213-7215


ANDREW R. VARA
Acting United States Trustee, Region 3


 /s/ Linda Casey for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: June 4, 2015

Attorney assigned to this Case: Linda Casey, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: R. Craig Martin, Esquire, Phone: (302) 468-5655, Fax: (302) 778-7834